PD-0469&0470&0471&0472-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/21/2015 12:00:00 AM
Accepted 9/21/2015 7:54:49 AM
ABEL ACOSTA
CLERK

# BARRY G. JOHNSON

Attorney at Law
2821 E. Lancaster
Fort Worth, Texas 76103
817-531-9665
817-534-9888 Fax
barrygj@aol.com

September 19,2015

FILED IN
COURT OF CRIMINAL APPEALS

September 21, 2015

Clerk of the Court of Criminal Appeals
PO Box 12308
Capitol Station
Austin, Texas 78711

ABEL ACOSTA, CLERK

Re: ISBELL, JOHN B.
CCA Nos. PD-0469-15, PD-0470-15, PD-0471-15, PD-0472-15
COA Nos. 02-14-00124-CR, 02-14-00125-CR, 02-14-00216-CR, 02-14-00217-CR
Trial Court Case Nos. 1290119D, 1290121D, 1290851D, 1290852D

Dear Sirs:

I will represent Mr. Isbell in these cases.

Sincerely,

*/s/ Barry G. Johnson*

BARRY G. JOHNSON
Bat # 10683000
Code: J18